UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

|  |  |
|---|---|
| E.S.,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>            Defendants. | Case No.  26-cv-01806-PHK<br><br>***SUA SPONTE* JUDICIAL REFERRAL ORDER** |

Pursuant to Civil Local Rule 3-12(c), the above-titled case is hereby **REFERRED** to the Honorable Yvonne Gonzalez Rogers for consideration of whether this case is related to *A.L. v. United States of America et al.*, No. 4:24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: March 3, 2026

PETER H. KANG
United States Magistrate Judge

United States District Court
Northern District of California